Joe ASHER, Cleveland Asher, and George Asher v. FORDSON COAL CO.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 5477.

Martin T. Kelly, of Pineville, Ky., for appellants.

Cleon K. Calvert and J. G. Bruce, both of Pineville, Ky., for appellee.

PER CURIAM. Docketed and dismissed without prejudice to reinstatement.

BIGELOW & DOWSE COMPANY et al., Creditors, Appellants, v. Harry N. GUTERMAN, Trustee, Appellee.

Circuit Court of Appeals, First Circuit.
April 18, 1929.

No. 2351.

Frank C. Gorman, of Boston, Mass., for appellants.

Harry N. Guterman, of Boston, Mass., for appellee.

Before BINGHAM and ANDERSON, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. Order denying petition for appeal was entered.

Oscar COON, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Fourth Circuit.
July 8, 1929.

No. 2865.

J. Raymond Gordon, of Charleston, W. Va., for appellant.

James Damron, U. S. Atty., of Huntington, W. Va., for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

A. B. EMMANUEL et al., Appellants, v. BANK OF RALEIGH, Trustee of the Estate of William J. Walker, Bankrupt, et al., Appellees.

Circuit Court of Appeals, Fourth Circuit.
July 23, 1929.

No. 2902.

A. A. Lilly, of Charleston, W. Va., for appellants.

W. W. Goldsmith and Ashton File, both of Beckley, W. Va., and Mark T. Valentine, of Logan, W. Va., for appellees.

PER CURIAM. Cause remanded to District Court, with directions.

A. B. EMMANUEL et al., Appellants, v. BANK OF RALEIGH, Trustee of the Estate of Mary F. Walker, Bankrupt et al., Appellees.

Circuit Court of Appeals, Fourth Circuit
July 23, 1929.

No. 2903.

A. A. Lilly, of Charleston, W. Va., for appellants.

W. W. Goldsmith and Ashton File, both of Beckley, W. Va., and Mark T. Valentine, of Logan, W. Va., for appellees.

PER CURIAM. Cause remanded to District Court, with directions.